WILLIAM J. PORTANOVA, SBN: 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-CR-2029-SAB |
| Plaintiff, | **MOTION FOR ADMISSION PRO HAC VICE** |
| v. | |
| DAVID ANTONIO BECERRIL, | |
| Defendant. | |

Pursuant to Eastern District of Washington Local Civil Rule 83.2(c), attorney William J. Portanova, 400 Capitol Mall, Suite 1100, Sacramento, CA 95814, telephone no. (916) 444-7900, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant David Becerril in the above captioned case.

I was admitted to practice law in the State of California on December 3, 1982, in the United States District Court for the Eastern District of California on May 14, 1985, and in the United States Court of Appeals for the Ninth Circuit on November 9, 1987. I do not have any pending, nor have ever been subject to, any disciplinary sanctions by any court or bar association.

Attorney Matt Duggan, 23505 E. Appleway Avenue, Ste. 200-175, Liberty Lake, WA 99019, telephone no. (509) 204-3823, who is admitted to practice in this Court, shall be joined of record as an associated attorney.

// // //

1

Mr. Becerril has retained my office to represent him in the above captioned case based on our extensive experience defending individuals in federal white collar criminal defense cases.

DATED: June 20, 2023      Respectfully submitted,

/s/ *William J. Portanova*
WILLIAM J. PORTANOVA
Attorney at Law

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE STANLEY A. BASTIAN
CHIEF UNITED STATES DISTRICT JUDGE