## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>-vs-<br>DAVID ANTONIO BECERRIL,<br><br>                          Defendant. | Case No.          1:23-CR-2029-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:         SEPTEMBER 22, 2025<br><br>LOCATION:  YAKIMA, WA<br><br>FINAL PRETRIAL CONFERENCE<br>JURY SELECTION<br>JURY TRIAL – DAY ONE |

| CHIEF JUDGE STANLEY A. BASTIAN ||||
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreters** | **Court Reporter** |
| Tyler Tornabene<br>Courtney Pratten<br>Echo Fatsis | | Anthony Brass<br>Matthew Duggan | |
| **Government Counsel** ||  **Defense Counsel** ||
| **United States Probation Officer:** ||||

[ X ]  Open Court          [  ]  Chambers          [ ] Telecon/Video

Defendant present and out of custody of the U.S. Marshal.

<u>8:30 am - Final Pretrial Conference:</u>

Court confirms that counsel are ready to proceed to trial.

# [  ]  ORDER FORTHCOMING

| | | | |
|---|---|---|---|
| **CONVENED: 8:30 A.M.**<br>10:40 A.M.<br>11:42 A.M.<br>2:30 P.M.<br>4:03 P.M. | **ADJOURNED:  10:30 A.M.**<br>11:32 A.M.<br>1:10 P.M.<br>3:50 P.M.<br>5:00 P.M. | **TIME:  2 HRS.**<br>52 MIN.<br>1 HR. 28 MIN.<br>1 HR. 20 MIN.<br>57 MIN.<br>**TOTAL: 6 HRS. 37 MIN** | |

*USA -vs- D. Becerril*  September 22, 2025
1:23-CR-20529SAB-1  Page 2
Final Pretrial Conference/Jury Slection/Jury Trial – Day One

T. Tornabene is ready to proceed.  Juror No. 2 is Mr. Hanlon and is a supervisor of the AUSA.  Asking to move juror no. 2 for cause.  A. Brass has no objection.  Court grants motion and will excuse Mr. Hanlon.

T. Tornabene presents argument on proposed voir dire by defense.  Object to No. 4 proposed voir dire.  A. Brass understands, it will be part of closing argument and agree to not discuss in voir dire.  Court grants the motion and by stipulation.

T. Tornabene discusses exhibits and most of them are admitted by authenticity.  Counsel will offer exhibits once they are discussed as to relevancy.  A. Brass agrees.  Court has reviewed the stipulation and understands.

T. Tornabene discusses the subpoena for Dr. Frea by the defense.  There are concerns about testimony.  A. Brass will not discuss Dr. Frea in opening.  Still deciding if Dr. Frea will testify.

Court outlines procedures.  Court will inform the jury the case may be Friday or Monday.  Maybe the witness can be done by video.  T. Tornabene objects to witness by video.

Court will exclude witnesses.

Court will seat 14 jurors.  Court outlines the preempt procedures. Court will allow back strikes.

Court discusses jury questionnaire forms.  15, 29, 39, 45 have previous convictions but not necessary to exclude.
 C. Pratten asks to conduct private voir dire on 45.  A. Brass agrees.

Court discusses side bar procedures.  Court asks if defendant waives being present during a side bar.  A. Brass indicates that his client will waive however will let the Court know if it is something he believes defendant should listen to.

9:15 am - Jury selection begins.

 Court advised jury panel of length of trial. Court explains that the jury will consist of 14 jurors.  There will be 2 alternates.  Courtroom introductions to the jury.  Court explains to the jury the use of the numbers given to the juror.

 Oath of Voir Dire administered to all prospective jurors.

 Court addresses the jury panel.

 Court reads the Indictment to the jury panel.

 Voir Dire conducted by the Court.

 Voir dire by the Court continues.  Court asks counsel to read the names of witnesses to the jury panel.

 Voir dire by the Court continues.

10:25 am - Jury panel excused to allow counsel and the Court time to speak to an individual juror.

Court speaks to juror no. 45.

 Recess:  10:30 am – 10:40 am

USA  -vs-  D. Becerril  
1:23-CR-20529SAB-1  
Final Pretrial Conference/Jury Slection/Jury Trial – Day One

September 22, 2025  
Page 3

Court asks counsel to summarize case.  Counsel agreed to make a joint statement so C. Pratten makes a joint statement to the jury.

Court continues voir dire.

11:28 am - Jury panel excused to allow the Court to speak to juror no. 33:

    Court speaks to juror no. 33 off the record and without counsel.  Court excuses juror no. 33

        Recess:  11:32 am – 11:42 am

11:43 am - Voir Dire by C. Pratten.

12:02 pm - Voir Dire by A. Brass.

Side bar conducted for challenges for cause.

12:23 pm - Court excuses jury to discuss challenges.

Court outlines government's challenges for cause.  Nos.  6, 7, 14, 24, 28, 45.  A. Brass does not object to challenges.

Court outlines defendant's challenges for cause.  Nos. 10, 26, 41.  No objection by C. Pratten.

Court grants challenges to Nos. 6, 14, 10, 26.  Court will not excuse jurors now.  Court will not excuse Nos. 41 and 7.  Court asks for further explanation on No. 7.  C. Pratten explains.  Court and counsel discuss No. 45.  Court will excuse No. 45.  Court will not strike No. 24 for cause.

Court's grants the following challenges for cause:  Nos. 6, 10, 14, 26, 45.

Court asks about juror who had a family reunion on Friday.  No objection.  Court excuses No. 43.

Court discusses No. 25 and her reason for asking to be excused.  Court will not strike for cause.

Court strikes for cause:  Nos. 6, 10, 14, 26, 43, 45.

12:35 pm – Jury returns to the courtroom.

Court addresses the jury on the process.

Preemptory challenges made.

Court summarizes the jurors selected.

Court addresses jury.  Court thanks the jury.

Jury selected.

1:05 pm - Remaining jurors are excused.

Court addresses the jury.

Jury oath given to the jury.

        Recess:  1:10 pm – 2:30 pm

*USA  -vs-  D. Becerril*  September 22, 2025
1:23-CR-20529SAB-1  Page 4
Final Pretrial Conference/Jury Slection/Jury Trial – Day One

Court addresses counsel.

Jury reconvenes.  Court addresses the jury.

Court gives preliminary instructions to the jury.

Opening statement by E. Fatsis.

Opening statement by A. Brass.

**Mike Piechota** is sworn in and questioned by C. Pratten.

> Exh. 1 shown and offered.  Court admits Exh. 1 without objection.

3:42 pm – A. Brass cross examines witness.  C. Pratten objects – asked and answered.  Court overrules objection.   Cross continues.

> Exh. 1 discussed.
>
> > Recess:  3:50 pm – 4:03 pm

Jury reconvenes.

Court addresses the jury.

**Mike Piechota** retakes the stand. Cross continues by A. Brass.

> Exh. 1 discussed.
> Witness excused at 4:06 pm

**Bruce Henjum** is sworn in and questioned by T. Tornabene.

> Exh. 211 shown and offered.  Court admits Exh. 211 without objection.
> Exh. 209 shown and offered.  Court admits Exh. 209 without objection.
> Exh. 210 shown and offered.  Court admits Exh. 210 without objection.

No cross.
> Witness excused at 4:52 pm

Court will recess and reconvene tomorrow morning at 8:30 am.

Court admonishes jury.

> Jury excused at 4:55 pm

Court addresses counsel.  Draft jury instructions provided to counsel.

T. Tornabene addresses the Court on defendant's comments during testimony.  Court asks counsel to discuss with client to keep comments to a minimum.  A. Brass addresses the Court.

T. Tornabene states they have the witnesses for tomorrow and will provide to defense counsel.

> Recess:  5:00 pm to reconvene tomorrow at 8:30 am.