#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,  Plaintiff,  -vs-  DAVID ANTONIO BECERRIL,  Defendant. | Case No.    1:23-CR-2029-SAB-1  CRIMINAL MINUTES  DATE:    SEPTEMBER 26, 2025  LOCATION:  YAKIMA, WA  JURY TRIAL – DAY FIVE |
|---|---|

| CHIEF JUDGE STANLEY A. BASTIAN |||||
|---|---|---|---|---|
| Michelle Fox  **Courtroom Deputy** | 01  **Law Clerk** | **Interpreters** || Marilynn McMartin  **Court Reporter** |
| Tyler Tornabene  Courtney Pratten  Echo Fatsis  **Government Counsel** ||| Anthony Brass  **Defense Counsel** ||
| **United States Probation Officer:** |||||

**[ X ]  Open Court**           **[  ]  Chambers**           **[ ]  Telecon/Video**

Defendant present and out of custody of the U.S. Marshal.

T. Tornabene addresses the Court regarding schedule. Agent will continue. We will then ask the Court to read the stipulation and then the government will rest. A. Brass indicates his client may or may not testify. Court and counsel discuss schedule. A. Brass would prefer to close on Monday. T. Tornabene would prefer to finish today. A. Brass indicates he will be using the ELMO because his computer does not work with the equipment.

9:13 am – Jury reconvenes.

**Joseph Boynton** retakes the stand and remains under oath.

# [  ]  ORDER FORTHCOMING

| CONVENED: 9:00 A.M.  9:53 A.M.  11:25 A.M. | ADJOURNED: 9:48 A.M.  10:55 A.M.  11:36 A.M. | TIME:  48 MIN.  1 HR. 2 MIN  11 MIN.  TOTAL: 2 HRS. 1 MIN. | |
|---|---|---|---|

9:14 am – A. Brass cross examines witness.

>Exh. 203R, 226R discussed.

>>Recess:  9:48 am – 9:53 am

Jury reconvenes.

**Joseph Boynton** retakes the stand and remains under oath.

>Exh. 227R, 402R, 226R, 227R discussed.

10:10 am – C. Pratten redirect.

>Exh. 345R, 346R, 348R, 380R discussed.

10:29 am – Recross.

>Exh. 345R, 380R discussed.

>Witness excused at 10:40 am.

Court reads a Stipulation to the jury.

### *Government Rests.*

10:45 am – Jury excused.

Court indicates that the Stipulation states it would be admitted.  T. Tornabene does not need it to be admitted.  It is sufficient that the Court read it into the record for the jury.

A. Brass presents argument on Motion for Acquittal under Rule 29.

T. Tornabene presents argument against Motion.

Court reserves ruling until after jury has rendered a verdict.

>>Recess:  10:55 am – 11:25 am

A. Brass indicates defendant will not testify.

Court speaks to the defendant.  Defendant has a right to testify.  Court questions defendant.  Defendant states to the Court that he has decided not to testify.

11:30 am – Jury reconvenes.

### *Defendant Rests.*

Court speaks to the jury.  Jury will report on Monday at 9:00 am.  Court outlines schedule.  Closing arguments will be heard on Monday.

Court admonishes the jury.   Jury excused.

>>Recess:  11:36 am