FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>DAVID ANTONIO BECERRIL,<br><br>          Defendant. | No. 1:23-CR-2029-SAB-1<br><br>**ORDER RE: JURY MEALS** |

    IT IS THE ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs and, **IT IS FURTHER ORDERED** that the United States District Court shall pay for the meals of said jurors at the expense of the United States.

    **DATED** this 29th day of September 2025.



                            Stan Bastian
                 Chief United States District Judge

**ORDER RE: JURY MEALS** - 1