## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>-vs-<br><br>DAVID ANTONIO BECERRIL,<br><br>                          Defendant. | Case No.    1:23-CR-2029-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:    SEPTEMBER 29, 2025<br><br>LOCATION:  YAKIMA, WA<br><br>**JURY TRIAL – DAY SIX** |

| CHIEF JUDGE STANLEY A. BASTIAN ||||
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreters** | **Court Reporter** |
| Tyler Tornabene<br>Courtney Pratten<br>Echo Fatsis ||  Anthony Brass ||
| **Government Counsel** ||  **Defense Counsel** ||
| United States Probation Officer: ||||

[ X ]  Open Court          [   ]  Chambers          [ ]  Telecon/Video

Defendant present and out of custody of the U.S. Marshal.

Court addresses counsel.  The Court received the request to change the instruction.  The Court changed the instruction since there was no objection.
    A Brass states it was Instruction 5 and no objection.

C. Pratten indicates that she will do closing and T. Tornabene will handle the rebuttal.

9:05 am – Jury reconvenes.

Court addresses the jury.

# [  ]  ORDER FORTHCOMING

| Convened: 9:00 a.m.<br>11:00 a.m.<br>1:15 p.m.<br>4:58 p.m. | Adjourned: 10:45 a.m.<br>12:25 p.m.<br>1:20 p.m.<br>5:15 p.m. | Time: 1 hr. 45 min.<br>1 hr. 25 min.<br>5 min.<br>17 min.<br>Total: 3 hrs. 32 min. | |

*USA -vs- D. Becerril*  September 29, 2025
1:23-CR-2029-SAB-1  Page 2
Jury Trial – Day Six

Court reads the jury instructions to the jury.

9:52 am – C. Pratten closing arguments.

      Recess: 10:45 am – 11:00 am

Jury reconvenes.

11:30 am - A. Brass closing arguments.

11:53 am – T. Tornabene rebuttal closing arguments.

12:19 pm - Bailiff sworn in.

Court selects the 2 alternates.

12:23 pm – jury begins deliberations.

Court and counsel discuss schedule. A. Brass asks about availability. Court asks to have counsel within 20 minutes of courthouse.

      Recess: 12:25 pm – 1:15 pm

Court reads the jury question to counsel. Court suggests the following answer to the jury: The terms were not defined in the instructions because they are not part of government's proof. Refer to Ins. Nos. 7 and 13.
    C. Pratten agrees to the answer. A. Brass agrees to the answer.

      Recess: 1:20 pm – 4:58 pm

Court informs counsel that the jury has reached a verdict. Court will bring in the jury and then poll the jury.

5:00 pm – Jury reconvenes.

Court has reviewed the verdict form. Jury has found defendant guilty on all counts. Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16. Court polls the jury: were these the verdicts of the jury – each juror states yes. Were these your verdicts – each juror states yes.

Court thanks the jury for their service.

5:12 pm - Court releases the jury.

Court sets a Sentencing date for January 20, 2026 at 1:30 pm. Court will order a presentence report. Defendant will remain released pending sentencing. The Court reminds defendant to abide by all the same conditions as previously ordered.

C. Pratten asks the Court if it should be put on the record that defendant was not present at the 1:15 pm hearing when there was the note by the jury. Court indicates that should have been placed on the record. A. Brass states they do waive his presence for that question.

All Exhibits returned to counsel.