FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DAVID ANTONIO BECERRIL,

        Defendant.

NO: 1:23-CR-2029-SAB-1

_____Jury has reached a Verdict.

JURY QUESTION NO. 1

PLEASE GIVE MORE CLARIFICATION ON THE
COURTS DEFINITION OF RECKLESSNESS +
NEGLAGENCE

DATE: September 29, 2025          TIME: 12:56

PRESIDING JUROR NUMBER: 8

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID ANTONIO BECERRIL,

Defendant.

NO: 1:23-CR-2029-SAB-1

_X_ Jury has reached a Verdict.

JURY QUESTION NO.____

_____

_____

_____

_____

_____

_____

DATE: September _29_, 2025          TIME: 4:45pm

PRESIDING JUROR NUMBER: ___#8___