UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

DAVID ANTONIO BECERRIL,

　　　　　Defendant.

NO: 1:23-CR-2029-SAB-1

COURT'S RESPONSE TO JURY QUESTION NO. 1

The terms 'recklessness' and 'negligence' were not defined in the instructions because those terms are not part of the Government's burden of proof. Clarification of those terms was provided during the arguments from the lawyers. However, the terms "knowingly" and "intent to defraud" are part of the Government's burden of proof and were defined in the Instructions — Specifically Inst No 7 and Inst No. 13

DATE: September 29, 2025　　　　　TIME: 1:22 pm

_____
CHIEF JUDGE STANLEY A. BASTIAN