FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-CR-02029-SAB-1 |
| Plaintiff, | |
| v. | |
| DAVID ANTONIO BECERRIL, | **VERDICT FORM** |
| Defendant. | |

WE, THE JURY, UNANIMOUSLY, BEYOND A REASONABLE DOUBT, FIND THE DEFENDANT, DAVID ANTONIO BECERRIL AS FOLLOWS:

## **Count 1**

AS TO COUNT 1 OF THE INDICTMENT

GUILTY          NOT GUILTY     of conspiring to commit health care fraud in
                                violation of federal law.
___X___         _____

Verdict Form – David Antonio Becerril                          ~ 1

## Count 2

AS TO COUNT 2 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of conspiring to commit wire fraud in violation
                                    of federal law.

\_\_\_\_X\_\_\_\_          _____

## Count 3

AS TO COUNT 3 OF THE INDICTMENT:

GUILTY      NOT GUILTY

___X___      _____

of health care fraud in violation of federal law; on or about September 30, 2018, the defendant affixed his signature, as a medical physician, to an "RX/Medical Necessity Form" indicating by his signature he was prescribing a shoulder brace for V.G. and certified the item was medically indicated and necessary and consistent with current accepted standards of medical practice and treatment of V.G.'s condition.

## Count 4

AS TO COUNT 4 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of health care fraud in violation of federal law;
on or about September 30, 2018, the defendant
affixed his signature, as a medical physician, to
an "RX/Medical Necessity Form" indicating by
his signature he was prescribing a lumbar brace
for V.G. and certified the item was medically
indicated and necessary and consistent with
current accepted standards of medical practice
and treatment of V.G.'s condition.

## Count 5

AS TO COUNT 5 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of health care fraud in violation of federal law;
                                    on or about September 30, 2018, the defendant
___X___         _____         affixed his signature, as a medical physician, to
                                    an "RX/Medical Necessity Form" indicating by
                                    his signature he was prescribing a knee brace
                                    for V.G. and certified the item was medically
                                    indicated and necessary and consistent with
                                    current accepted standards of medical practice
                                    and treatment of V.G.'s condition.

## Count 6

AS TO COUNT 6 OF THE INDICTMENT:

GUILTY          NOT GUILTY

____X____        _____

of health care fraud in violation of federal law; on or about December 10, 2018, the defendant affixed his signature, as a medical physician, to a requisition form ordering genetic testing for D.S., authorizing the order for the genetic test, confirming listed diagnostic codes were accurate, and the codes were supported by the information in the patient's records.

## Count 7

AS TO COUNT 7 OF THE INDICTMENT:

GUILTY        NOT GUILTY        of health care fraud in violation of federal law;
                                on or about June 19, 2019, the defendant affixed
___X___       _____       his signature, as a medical physician, to a
                                requisition form ordering genetic testing for
                                D.W., authorizing the order for a genetic test,
                                confirming the genetic test was medically
                                necessary for the treatment or care of the
                                patient.

## Count 8

AS TO COUNT 8 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of wire fraud in violation of federal law;
transmission of a signed doctor's order for a
shoulder brace for V.G. on or about September
30, 2018.

_____X_____          _____

Verdict Form – David Antonio Becerril          ~ 8

## Count 9

AS TO COUNT 9 OF THE INDICTMENT:

GUILTY         NOT GUILTY        of wire fraud in violation of federal law;
                                  transmission of a signed doctor's order for a
_____X_____    _____      lumbar brace for V.G. on or about September
                                  30, 2018.

## Count 10

AS TO COUNT 10 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of wire fraud in violation of federal law;
                                    transmission of a signed doctor's order for a
                                    knee brace for V.G. on or about September 30,
    X                               2018.
_____          _____

## Count 11

AS TO COUNT 11 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of wire fraud in violation of federal law;
                                    transmission of a signed requisition form
\_\_\_\_X\_\_\_\_          _____          ordering genetic testing for D.S. on or about
                                    December 10, 2018.

## **Count 12**

AS TO COUNT 12 OF THE INDICTMENT:

GUILTY          NOT GUILTY



of false statements relating to health care matters in violation of federal law; on or about September 30, 2018, the defendant affixed his signature, as a medical physician, to an "RX/Medical Necessity Form" indicating by his signature he was prescribing a shoulder brace for V.G. and certified the item was medically indicated and necessary and consistent with current accepted standards of medical practice and treatment of V.G.'s condition.

### Count 13

AS TO COUNT 13 OF THE INDICTMENT:

GUILTY          NOT GUILTY

___X___          _____

of false statements relating to health care matters in violation of federal law; on or about September 30, 2018, the defendant affixed his signature, as a medical physician, to an "RX/Medical Necessity Form" indicating by his signature he was prescribing a lumbar brace for V.G. and certified the item was medically indicated and necessary and consistent with current accepted standards of medical practice and treatment of V.G.'s condition.

## Count 14

AS TO COUNT 14 OF THE INDICTMENT:

GUILTY          NOT GUILTY

_____X_____      _____

of false statements relating to health care matters in violation of federal law; on or about September 30, 2018, the defendant affixed his signature, as a medical physician, to an "RX/Medical Necessity Form" indicating by his signature he was prescribing a knee brace for V.G. and certified the item was medically indicated and necessary and consistent with current accepted standards of medical practice and treatment of V.G.'s condition.

Verdict Form – David Antonio Becerril                              ~ 14

## Count 15

AS TO COUNT 15 OF THE INDICTMENT:

GUILTY          NOT GUILTY          of false statements relating to health care
                                    matters in violation of federal law; on or about
_____X_____     _____        December 10, 2018, the defendant affixed his
                                    signature, as a medical physician, to a
                                    requisition form ordering genetic testing
                                    for D.S., authorizing the order for the genetic
                                    test, confirming listed diagnostic codes were
                                    accurate, and the codes were supported by the
                                    information in the patient's records.

## Count 16

AS TO COUNT 16 OF THE INDICTMENT:

| GUILTY | NOT GUILTY | of false statements relating to health care matters in violation of federal law; on or about June 19, 2019, the defendant affixed his signature, as a medical physician, to a requisition form ordering genetic testing for D.W., authorizing the order for a genetic test, confirming the genetic test was medically necessary for the treatment or care of the patient. |
|--------|------------|



**DATED** this 29th day of September 2025.



Verdict Form – David Antonio Becerril

~16