# ANTHONY J. BRASS
ATTORNEY AT LAW

3223 Webster Street, San Francisco, CA 94123 Tel: (415)922-5462  Fax: (415)346-8687  tony@brasslawoffice.com

January 27, 2026

Honorable Judge Bastian
United States District Judge

Re: *United States v. David Antonio Becerril*, Case No. **1:23CR-02029-SAB**

Dear Judge Bastian,

I apologize for having overlooked the Court's proposed briefing schedule regarding the Rule 29 motion in this matter.

Counsel respectfully requests the Court's permission to file a Rule 29 motion in *United States v. David Antonio Becerril*, Case No. **1:23CR-02029-SAB**, according to the following proposed briefing schedule:

- Defendant's Rule 29 motion to be filed on **January 29, 2026**

- Government's opposition due on **February 13, 2026**

- Defendant's reply, if any, due on **February 19, 2026**

Counsel further represents that the Government has been kind enough to indicate its acceptance of this proposed schedule, subject to the Court's approval.

Counsel respectfully requests that the Court set a hearing on the motion at the Court's convenience, or, in the alternative, determine the matter on the papers if the Court so prefers.

Thank you for the Court's time and consideration.

Respectfully submitted,

Anthony John Brass
Attorney for Defendant