**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

                             Plaintiff,

   -vs-

DAVID ANTONIO BECERRIL,

                           Defendant.

| | |
|---|---|
| **Case No.** | **1:23-cr-02029-SAB-1** |
| **CRIMINAL MINUTES** | |
| **DATE:** | **07/08/2026** |
| **LOCATION:** | **YAKIMA, WA** |
| **SENTENCING** | |

**CHIEF JUDGE STANLEY A. BASTIAN**

| Ruby Mendoza | 01 | | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Tyler Tornabene<br>Echo Fatsis | | Anthony Brass | |
| **Government Counsel** | | **Defense Counsel** | |

**United States Probation Officer:**   Carrie Valencia

**[ X ]  Open Court**        **[  ]  Chambers**        **[  ]  Telecon/Video**

Defendant present and out of custody of the US Marshal.

Court outlines the case. Defendant was found guilty by a jury. Court summarizes maximum penalties and guidelines.  Court has reviewed all of the materials submitted and presentence report.  Offense Level of 29; Criminal History Category Level I; Recommended Range 87-108 months.

No objections to the Presentence Report.  Court accepts the calculations in the Presentence Report.

Mr. Tornabene presents argument and outlines recommendations. Imprisonment: 87 months; Supervised Release: 3 years; Restitution: $1,250,667.19; Special Penalty Assessment: $1,600.00; Forfeiture: Money Judgment $37,340.00.
   Court discusses the money judgment and restitution with Mr. Tornabene.
   Mr. Tornabene continues argument.

Mr. Brass presents argument and outlines recommendations.

**[X ]   ORDER FORTHCOMING**

| CONVENED:   3:04 P.M. | ADJOURNED:  4:11 P.M. | TIME:  1 HR 7 MINS. | CALENDARED    [  X  ] |
|---|---|---|---|

*USA -vs- Becerril*
1:23-cr-02029-SAB-1
Sentencing Hearing

**07/08/2026**
Page 2

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court sentences defendant.

**Imprisonment:** 40 months, defendant shall receive credit for time served.

**Supervised Release:** 3 years with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must provide the supervising officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. You must disclose all assets and liabilities to the supervising officer. You must not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer.

2. You must surrender or make available for review, any documents and/or business records requested by the supervising officer.

3. No telemedicine practice without permission of the Court which would require review by probation and the US Government.

**Special Penalty Assessment:**  $100.00 per count for a total of $1,600.00

**Fine:** Waived

**Restitution:** $1,250,667.19

**Forfeiture:** Money Judgment $37,340.00

Court asks if defendant waives the reading of the conditions.
   Mr. Brass indicates he will review the conditions, defendant has seen the PSIR, and defendant waives a reading of the conditions.

Right to Appeal discussed.

Mr. Tornabene discusses defendants report date to begin his term of incarceration.

Mr. Brass has reviewed the Final Order of Forfeiture; Court signs and files the order.

Court will allow defendant to self-report. The Bureau of Prisons will provide instructions.

Mr. Brass requests defendant to be allowed to remain out of custody until his appeal is heard and would like to stay local during his term of imprisonment.
   Court indicates counsel may file a motion regarding defendant staying out of custody pending appeal. Court discusses placement with counsel. Mr. Brass should provide the requested facility to the courtroom deputy by Friday.

Court addresses restitution with defendant.