FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID ANTONIO BECERRIL,

Defendant.

No.  1:23-CR-2029-SAB-1

ORDER OF FORFEITURE

Before the Court is the United States' oral Motion for Entry of an Order of Forfeiture.  On September 29, 2025, a jury found the Defendant guilty of all violations charged in Counts 1 – 16 of the Indictment filed on June 7, 2023, for which the United States sought forfeiture money judgments.  Having reviewed the record in this matter, the Court finds good cause to enter the Order of Forfeiture as proposed.

Accordingly, **IT IS HEREBY ORDERED THAT**

1.    The United States' oral Motion for Entry of an Order of Forfeiture is **GRANTED.**

2.    Pursuant to Rule 32.2, Fed. R. Crim. P. and 18 U.S.C. § 982, the Defendant shall forfeit $37,340.00 in the form of a money judgment in favor of the United States, which represents the amount of proceeds Defendant obtained as a result

ORDER OF FORFEITURE ~1

of his illegal conduct.

3. Pursuant to 21 U.S.C. § 853(p), the United States may seek forfeiture of any other property of the Defendant up to the value of the money judgment listed above.

4. The United States (and/or its agents) are authorized to seize this sum, whether held by the Defendant or a third party, and to conduct any discovery proper in identifying or locating such property, in accordance with Fed. R. Crim. P. 32.2(b)(3).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

6. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order of Forfeiture is final as to the Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Clerk is directed to enter this Order and provide copies to counsel.

ORDERED this 8th day of July 2026.

_____
Stanley A. Bastian
Chief United States District Judge

ORDER OF FORFEITURE ~2