FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID ANTONIO BECERRIL,<br>Defendant. | No. 1:23-CR-02029-SAB-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW; REFERRING MATTER TO MAGISTRATE JUDGE** |

Before the Court is Attorney Matthew Duggan's Motion to Withdraw as Counsel, ECF No. 124. Mr. Duggan represents Defendant. He asks permission to withdraw and for the Court to appoint counsel to represent Defendant on his appeal.

Accordingly, **IT IS HEREBY ORDERED**.

1. Attorney Matthew Duggan's Motion to Withdraw as Counsel, ECF No. 124, is **GRANTED**.

//

//

//

//

2. Defendant's request to appoint counsel to represent him on appeal is **REFERRED** to Magistrate Judge Ekstrom.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and Magistrate Judge Ekstrom.

**DATED** this 20th day of October 2026.

Stan Bastian
Chief United States District Judge